John E. Olson, Appellant, v. Rube R. Fogel, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Ingraham, P. J., dissented.

Mortimer Foster and Others, Composing the Firm of Foster, Gade & Graham, Respondents, v. Walter Gill Wylie, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Bessie Miller.— Motion granted.

The People of the State of New York ex rel. James H. Stubbert v. Kenny.— Motion granted.

Wright Company v. Aero Corporation.— Motion denied, with ten dollars costs.

Carrie Weil v. Napoleon Construction Company.— Motion granted, with ten dollars costs.

George P. Bryan v. Bennett C. Carter.—Motion granted, with ten dollars costs.

Josephine Clements v. J. M. Clements.— Motion granted unless appellant complies with terms stated in order.

Max Wertheimer v. Morris Rubinstein.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Anthony A. Gulotta v. Sons of Italy.— Motion granted, with ten dollars costs,

Rudolph Weiss v. Barnet Weiss.— Application granted. Order signed.

Lewis Squires v. Fitzhugh Smith Company. John F. Smith v. Suburban Land Company. Louis Bowsky v. George W. Schlichten. Helen A. French v. Charles T. French. Alfred Koscherak v. Arthur G. Wunderle. — Applications denied, with ten dollars costs. Orders signed.

Solomon Rosenfeld v. Samuel W. Peck.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. The City of New York v. Julia E. Goossen. The People of the State of New York ex rel. The City of New York v. Bronx Bath Company. The People of the State of New York ex rel. The City of New York v. Sandrock Realty Company.— Motion denied.

Humboldt Exploration Company v. Frank Fritsch.— Motion denied, with ten dollars costs.

Joseph J. Previdi v. The City of New York.— Motion denied, with ten dollars costs.

The City of New York v. Henry J. Fredericks.—Motion granted.

Annie F. Cross v. Ferdinand L. Cross. (2 cases.)— Motions denied.

Louis Hochstein v. Vanderveer Crossings. (2 cases.) — Motions denied, with ten dollars costs.

In the Matter of Closing West One Hundred and Fifty-first Street.— Motion denied, with ten dollars costs.

Emil Schweinburg v. Benjamin Altman.—Motion granted. Settle order on notice.